**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: Adolfo Roberto Barragan | § § § | CASE NO: 10-39792-H1-4 |
| | § | |
| DEBTOR(S) | § § | CHAPTER 13 |

---

**MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY**
**PURSUANT TO 11 U.S.C. §347 (a)**

---

**PURSUANT TO** 11 U.S.C. §347 (a), David G. Peake, Chapter 13 Trustee respectfully reports that:

More than  ninety (90) days has passed since the final distribution. Funds payable to the creditor listed on Exhibit "A" hereto remains unclaimed.

**WHEREFORE PREMISES CONSIDERED,** DAVID G. PEAKE, Chapter 13 Standing Trustee respectfully prays that this Court authorize the Trustee to deposit these funds into the registry of the United States District Court, and grant the Trustee such other and further relief as he may show himself or Debtor's Estate justly entitled.

Date: 11/23/2015                                     Respectfully Submitted,


                                                /s/  David G. Peake
                                                _____

                                                David G. Peake, Trustee
                                                Admissions I.D. #3857
                                                9660 Hillcroft, Ste 430
                                                Houston, TX  77096
                                                713-283-5400

## EXHIBIT "A"

IN RE: Adolfo Roberto Barragan                §                CASE NO: 10-39792-H1-4

                                                                §
                                                                §
                                                                §
DEBTOR(S)                                              §                CHAPTER 13
                                                                §

| UNCLAIMED FUNDS |
|---|

| NAME & ADDRESS: | CLAIM NO: | AMOUNT |
|---|---|---|
| **LIBERTY AUTO SALES**<br>**209 W LITTLE YORK RD**<br>**HOUSTON,  TX  77076-1409** | **8** | **$5,703.07** |

**TOTAL FOR UNCLAIMED FUNDS**                                      **$5,703.07**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: Adolfo Roberto Barragan § CASE NO: 10-39792-H1-4
§
§
§
DEBTOR(S) § CHAPTER 13
§

---

**CERTIFICATE OF SERVICE OF MOTION TO PAY INTO**
**THE COURT REGISTRY PURSUANT TO 11 U.S.C. § 347(a)**

---

       I hereby certify that on 11/23/2015 ,a true and correct copy of the foregoing Motion to Deposit Funds into the court Registry Pursuant to 11 U.S.C. §347(a) was served via the U.S. Postal Service, first class mail, postage prepaid as shown on Exhibit A.

       /s/  David G. Peake

David G. Peake,
Chapter 13, Trustee